

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE MATTER OF D. I. R., A JUVENILE, | § | No. 08-20-00178-CV |
|  | § | Appeal from the |
| Appellant. | § | 65th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 1700081) |
|  | § |  |

**O R D E R**

On the Court's own motion, and pursuant to Tex.R.App.P. 39.1, the Court finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause, therefore, this case is scheduled to be submitted **without** oral argument on September 23, 2021.

IT IS SO ORDERED this 9th day of September, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.